# In the United States Court of Federal Claims

**No. 05-662C**
**(Filed: August 23, 2005)**

| | |
|---|---|
| **MAPLE RIVER MANOR, a LIMITED PARTNERSHIP,** | |
| **Plaintiff,** | |
| **v.** | |
| **THE UNITED STATES,** | |
| **Defendant.** | |

## ORDER STAYING CASE

The parties' joint motion, filed on August 8, 2005, for a stay of proceedings in the above-captioned case until after 14 days after the conclusion of ADR proceedings in the related cases is **GRANTED**. Accordingly, the above-captioned case is **STAYED**. The parties shall file a joint status report within 14 days after the close of ADR proceedings in the related cases.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges