# In the United States Court of Federal Claims

**No. 05-662C**
**(Filed: December 7, 2005)**

* * * * * * * * * * * * * * * * * * * * *

**MAPLE RIVER MANOR,**
**a LIMITED PARTNERSHIP,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * *

**TRANSFER ORDER**

The necessary agreement by both judges being present, to promote docket efficiency and the efficient administration of justice, pursuant to RCFC 40.1(b), it is hereby **ORDERED** that this case be **TRANSFERRED** to Judge Thomas C. Wheeler. Pursuant to the court's August 23, 2005 order, the case remains **STAYED** pending the conclusion of ADR proceedings before ADR Judge Horn in the related cases.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge

cc: ADR Judge Horn