# In the United States Court of Federal Claims

* * * * * * *

MAPLE RIVER MANOR, A LIMITED PARTNERSHIP, *

Plaintiff, * No. 05-662C (ADR)

v. * Filed: December 7, 2005

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

Pursuant to Rule 40.1(b) of the Rules of the United States Court of Federal Claims, which permits reassignment of a case if necessary for the efficient administration of justice, this case is transferred for purposes of ADR to Judge Marian Blank Horn with her consent.

s/Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
ADR Judge