# In the United States Court of Federal Claims

No. 05-662C

(Filed: December 20, 2005)

MAPLE RIVER MANOR,
LIMITED PARTNERSHIP,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

## ORDER

On August 23, 2005, the Court (Judge Nancy B. Firestone) issued an Order for a Stay of Proceedings until 14 days following the completion of the ADR process in certain related cases. The Court ordered the parties to file a Joint Status Report within the same 14 day period. In a status conference call held December 19, 2005 with the undersigned, the parties expressed a desire to coordinate future status reports in this case with those in certain related cases. Accordingly:

1. This proceeding shall remain STAYED until 14 days following completion of the ADR process in the related cases;

2. The parties shall file with the Court a Joint Status Report describing the progress of the ADR proceedings on or before February 1, 2006;

3. Thereafter, the parties shall file additional Joint Status Reports on the first calendar day of every second month for the duration of the stay.

**IT IS SO ORDERED.**

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge